460 A.2d 864

Commonwealth v. Freeland, Appellant.

Before WICKERSHAM, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.